**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-33516 |
| Deborah A. Fitzsimons | ) | Hon. Eugene Wedoff |
| | ) | Hearing Date: April 28, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

**Notice of Motion**

**TO:** *SEE ATTACHED SERVICE LIST*

    PLEASE TAKE NOTICE that on April 28, 2009 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene Wedoff, United States Courthouse, 219 South Dearborn Street, Room 744, Chicago, Illinois and then and there present the **Debtor's Final Report and Motion For Final Decree Closing Case and For Entry of Order of Discharge**, a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi<br>
Attorney ID No. 00100145<br>
Donna B. Wallace<br>
Attorney ID No. 6200260<br>
19 South LaSalle Street   Suite 1500<br>
Chicago, IL  60603<br>
(312) 726-8150

**CERTIFICATE OF SERVICE**

    I, Donna B. Wallace, an attorney, hereby certify that on April 15, 2009, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, by the Court's electronic notice system or first class mail, as indicated on the attached service list.

                                                /s/ Donna B Wallace

*Service List*
*Deborah A. Fitzsimons, debtor*
*Case No. 08 B 33516*

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355
*Via First Class Mail*

Carefree Lawn Sprinklers
22049 S Howell Drive
New Lenox, IL 60451
*Via First Class Mail*

Chase - Cc
Attention:  Banktruptcy Department
Po Box 15298
Wilmintgon, DE 19850
*Via First Class Mail*

Commonwealth Edison
PO Box 87522
Chicago, IL 60680
*Via First Class Mail*

Cook County Treasurer
118 N. Clark, Room 112
Chicago, IL 60602
*Via First Class Mail*

Discover Financial
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054
*Via First Class Mail*

Donald Statland
333 W. Wacker Drive
Suite 1700
Chicago, IL 60606
*Via First Class Mail*

Dsnb Macys
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040
*Via First Class Mail*

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606
*Via First Class Mail*

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604
*Via First Class Mail*

James B. Carroll
James B. Carroll & Associates
7800 W. 95th, 2nd Floor
Hickory Hills, IL 60457
*Via First Class Mail*

Jean Guilfoyle
% Zane D. Smith & Associates
415 N. LaSalle Street, Suite 300
Chicago, IL 60610
*Via First Class Mail*

Nicholas S. Stamat, M.D.
12011 S 88th Street
Palos Park, IL 60464
*Via First Class Mail*

Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020
*Via First Class Mail*

Patricia Banks
%Karlin & Fleisher, Ltd
111 W Washington Street
Chicago, IL 60602
*Via First Class Mail*

Perkins Coie, LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559
*Via First Class Mail*

Richard Fitzsimons
14 Wildwood Trail
Palos Park, IL 60464
*Via First Class Mail*

Ronald Gertzman
205 W. Randolph Street
Suite 401
Chicago, IL 60606
*Via First Class Mail*

Standard Bank & Trust Co.
7800 W. 95th Street
Hickory Hills, IL 60457
*Via First Class Mail*

US Cellular
PO Box 7835
Madison, WI 53707
*Via First Class Mail*

Village of Palos Park
PO Box 460
Palos Park, IL 60464
*Via First Class Mail*

Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL  60606
*Via First Class Mail*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-33516 |
| Deborah A. Fitzsimons | ) | Hon. Eugene Wedoff |
| | ) | Hearing Date: April 28, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

**Debtor's Final Report and Motion For Final Decree Closing Case and
For Entry of Order of Discharge**

Now comes Deborah A. Fitzsimons, ("Debtor") by her attorneys. Joseph A. Baldi and Donna B. Wallace pursuant to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois, and for her Final Report and Motion to Close Case states as follows:

**BACKGROUND**

1. On December 8, 2008 (the "Petition Date"), Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Petition").

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On March 24, 2009, the Court entered an Order confirming Debtor's First Amended Plan.

4. Debtor has filed Operating Reports for March, 2009.

**STATUS OF PLAN PAYMENTS**

5. Administrative Claims:

   A. U.S. Trustee Fees were paid through confirmation; the post confirmation payment of $4,400 will be paid at the hearing on this Motion;

B.  The Order approving the Fee Application for Debtor's Attorneys was entered on March 24, 2009 and payment has been made.

6. Secured Claims (Class 1):  The secured claim of Standard Bank and Trust was paid in full on April 14, 2009.

7. Unsecured Claim of Standard Bank & Trust (Class 2):  This class is not entitled to receive any payments.

8. General Unsecured Claims  (Class 3):  General Unsecured claims have been paid in full with interest in accordance with the Plan.

9. Claims of Insiders (Class 4):  This class is not entitled to receive any payments.

10. Malpractice Claims (Class 5):  This class is not entitled to receive any payments through the Plan.

11. There are no further matters for the Court to Administer.

12. Debtor is entitled to a discharge pursuant to 11 U.S.C. §1141 (d) because (a) all payments required by the Plan have been made, (b) the time for creditors to file objections to the dischargeability of their claims expired on March 16, 2009 and (c) there is no reasonable cause to believe that section 522 (q)(1) is applicable to the Debtor.

13. Copies of this Motion have been sent to the United States Trustee and Debtor's creditors in accordance with to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois.

Wherefore, Deborah A. Fitzsimons requests this Court enter an Order:

A.  Closing the case;

B.  Granting her a discharge; and

C.  Granting such further relief as the Court deems appropriate.

Dated: April 14, 2009            **DEBORAH A. FITZSIMONS**

By:   /s/ Donna B. Wallace_____
      One of her Attorneys

Joseph A. Baldi/ID No. 00100145
Donna B. Wallace/I.D. No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60603
(312) 726-8150

3