**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-33516 |
| Deborah A. Fitzsimons | ) | Hon. Eugene Wedoff |
| | ) | Hearing Date: April 28, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

**Notice of Motion**

**TO:**  *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on April 28, 2009 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene Wedoff, United States Courthouse, 219 South Dearborn Street, Room 744, Chicago, Illinois and then and there present the **Debtor's Final Report and Motion For Final Decree Closing Case and For Entry of Order of Discharge**, a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Attorney ID No. 00100145
Donna B. Wallace
Attorney ID No. 6200260
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**AMENDED CERTIFICATE OF SERVICE**

I, Donna B. Wallace, an attorney, hereby certify that on April 20, 2009, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, at the correct address, by the Court's electronic notice system or first class mail, as indicated on the attached service list.

/s/ Donna B Wallace

Service List
Deborah A. Fitzsimons, Debtor
Case No. 08 B 33516

Office of the U.S. Trustee
219 S. Dearborn St.
Suite 873
Chicago, IL  60604
*Via First Class Mail*