## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-33516 |
| Deborah A. Fitzsimons | ) | Hon. Eugene Wedoff |
| | ) | Hearing Date: April 28, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

**Order Closing Case and Granting Discharge**

This cause coming on to be heard on the Motion of Debtor for Final Decree Closing Case and Entry of Order of Discharge, due notice having been given to parties entitled thereto and the Court being advised in the premises:

IT IS HEREBY ORDERED that:

1. The case is closed effective _April 28, 2009_; and

2. Debtor is granted a discharge under section 1141(d) of the Bankruptcy Code.

Dated: April 28, 2009

ENTER:

_____
Honorable Eugene Wedoff
United States Bankruptcy Judge

Joseph A. Baldi/ID No. 00100145
Donna B. Wallace/I.D. No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60611
(312) 726-8150

4