(04/09)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re Deborah A. Fitzsimons aka Deborah A. Basile,  )
*[Set forth here all names including married,*  )
*maiden, and trade names used by debtor within*  )
*last 8 years.]*  )
                      Debtor  )  Case No. __08-33516__
   )
   )
Address 14 Wildwood Trail  )
          Palos Park, IL 60464  )
   )  Chapter 11
   )
Last four digits of Social-Security or other Individual Taxpayer-  )
Identification No(s)(if any)  )
                __XXX-XX-6033__  )
Employer Tax-Identification No(s).(EIN) [if any]:  )
   )

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141 of title 11, United States Code, (the Bankruptcy Code).

Dated: __April 29, 2009__

FOR THE COURT

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_____
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# FOR INDIVIDUAL IN A CHAPTER 11 CASE

This court order grants a discharge to the person named as a the debtor after the debtor has completed all payments under the chapter 11 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [in a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest against the debtor's property after bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts that are Discharged

The chapter 11 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt arose before the date of confirmation of the chapter 11 plan and is provided for by the chapter 11 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts that are Not Discharged

Some of the common types of debts which are not discharged in an individual debtor's chapter 11 bankruptcy case are:

a.   Any debt excepted from discharge under section 523, title 11 (the Bankruptcy Code), including, but not limited to, debts that are domestic support obligations, debts for most student loans, and debts for most taxes to the extent not paid in full under the chapter 11plan

b.   Some debts that were not properly listed by the debtor

c.   Any debt for which the debtor was denied a discharge under section 727(a), title 11 (the Bankruptcy Code)

d.   Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Case Number: 08-33516

# of Copies Mailed: 27

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the Debtor herein, attorney for debtor, and all creditors listed on the master mailing list (a copy attached).

Date: 4/29/2009                    S. Burton

                                   Case Administrator

Label Matrix for local noticing
0752-1
Case 08-33516
Northern District of Illinois
Chicago
Wed Apr 29 12:49:58 CDT 2009

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355-0701

Commonwealth Edison
PO Box 87522
Chicago, IL 60680-0522

Discover Bank/DFS Services LLC
PO Box 3025
New Albany OH 43054-3025

Dsnb Macys
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Jean Guilfoyle
c/o Zane D. Smith & Associates
415 N. LaSalle Street, Suite 300
Chicago, IL 60654-2741

Perkins Coie LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Standard Bank &Trust Co.
2400 West 95th Street
Evergreen Park, IL 60805-2829

Village of Palos Park
PO Box 460
Palos Park, IL 60464-0460

Standard Bank and Trust Company
c/o James B. Carroll & Associates
7800 W. 95th St., Ste. 2 East
Hickory Hills, IL 60457-2262

Carefree Lawn Sprinklers
22049 S Howell Drive
New Lenox, IL 60451-3721

Cook County Treasurer
118 N. Clark, Room 112
Chicago, IL 60602-1590

Discover Financial
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054-3025

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0338

Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Richard Fitzsimons
14 14 Wildwood Trail
Palos Park, IL 60464-1559

Standard Bank and Trust Company
c/o Paul Dunn Lynch, Esq.
7800 W. 95th St., Ste. 2 East
Hickory Hills IL 60457-2262

Deborah A Fitzsimons
14 Wildwood Trail
Palos Park, IL 60464-1559

Joseph A Baldi
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603-1413

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Chase - Cc
Attention: Banktruptcy Department
Po Box 15298
Wilmintgon, DE 19850-5298

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Donald Statland
333 W. Wacker Drive
Suite 1700
Chicago, IL 60606-1247

James B. Carroll
James B. Carroll & Associates
7800 W. 95th, 2nd Floor
Hickory Hills, IL 60457-2262

Patricia Banks
c/o Karlin & Fleisher, Ltd.
111 West Washington Street
Chicago, IL 60602-2703

Ronald Gertzman
205 W. Randolph Street
Suite 401
Chicago, IL 60606-1834

US Cellular
PO Box 7835
Madison, WI 53707-7835

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury-Internal Revenue
Centralized Insolvency Operations
PO Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Baldi & Associates P C        (u)Joseph A. Baldi & Associates

(u)Richard Fitzsimmons           End of Label Matrix
                                 Mailable recipients    29
                                 Bypassed recipients     4
                                 Total                  33